| Date | Pleading Number | |
|---|---|---|
| 11/10/72 | 1. | MOTION OF duPONT GLORE FORGAN INC.; memorandum in support of motion; Appendix A; Affidavit of Service; A-1 thru A-7 TRANSFEREE FORUM: District of Massachusetts |
| 11/20/72 | 2 | BRIEF OF CERTAIN EVERGREEN VALLEY CLASS A BONDBUYERS, EDWARD M. BLOCK H. PAUL BLOCK AND BERNIECE BLOCK |
| 11/21/72 | | FRANKLIN NATIONAL BANK request for ext. of time to 12/8/72 to file response to motion ORDER extending to 12/8/72 to all respondents to file and serve response to motion. Notified counsel |
| 11/22/72 | | PLAINTIFF LOUIS LENZER, ET AL. request for extension of time to Dec. 8, 1972 |
| 11/22/72 | | F.I. DuPont Glore Forgan & Co. response to motion (letter) |
| 11/22/72 | 3 | Glore Staats Corp. memo in support of motion w/cert of service |
| 11/22/72 | 4 | Maine Recreation Authority response to motion w/cert. of service |
| 12/4/72 | 5 | Certain Evergreen Valley Class Bondbuyers, Edward M. Block and Bernice Block request for Glore Staats Corp. to file response to Motion to transfer pursuant to 28. U.S.C. §1407 (pleading no. 3) in the U.S.D.C. for the D. of Mass. |
| 12/5/72 | | duPONT GLORE FORGAN INC. request for extension to file reply brief ORDER - extending to duPONT GLORE FORGAN INC 12/27/72 to file and serve reply brief. Notified counsel. |
| 12/7/72 | 6 | NORWAY NATIONAL BANK brief in opposition to motion to transfer w/cert. of service. |
| 12/8/72 | 7 | MRA defendants brief in opposition to motion to transfer w/cert of service |
| 12/8/72 | 8 | STANDARD & POOR's response to motion w/cert. of service. |
| 12/8/72 | 9 | NEW YORK PLAINTIFF CLASS MEMO in opposition to motion to transfer w/cert. of service. |
| 12/11/72 | 10 | AMERICAN EVERGREEN RESORTS, INC memo in support of motion w/cert of service. |
| 12/6/72 | | ORDER - Denying request of Evergreen Valley Class Bondbuyers, Edward Block and Berniece Block for Glore Staats Corp. to file response in District Court. |
| 12/14/72 | | FRANKLIN NATIONAL BANK V. MAINE RECREATION AUTHORITY, MAINE, 13-112 Request from plaintiff for an extension to file response ORDER extending Franklin's time to file and serve response to and including 12/22/72 |
| 12/29/72 | 11 | FRANKLIN NAT'L BANK -- Memorandum in Opposition to motion w/cert. of serv. |
| 1/2/73 | 12 | REPLY BRIEF of duPont Glore Forgan Inc. |
| 1/3/73 | | HEARING ORDER - Setting A-1 through A-7, Jan. 26, 1973, Los Angeles Calif., Notified counsel, involved judges. |
| 1/15/73 | | DUPONT GLORE FORGAN, INC. request for postponement of hearing because of inconvenient location |
| 1/15/73 | | ORDER- Vacating hearing order of Jan. 3, 1973 - Notified counsel |
| 1/23/73 | 13 | duPont Glore Forgan Inc. Supplemental memo in support of motion w/cert. of service |
| 1/24/73 | 14 | PAUL H. BLOCK letter stating hearing location inconvenient. |
| 2/6/73 | | HEARING ORDER - Setting A-1 through A-4 for hearing, Wash., D.C. Feb. 23, 1973 |
| 11/6/73 | | CONSENT -- signed by Judge Caffrey for consolidation in D. Mass. |
| 11/6/73 | | OPINION & ORDER -- consolidated before Judge Frank J. Murray in the District of Massachusetts one action from the Southern District of New York. Distribution made to transferee and transferor judges and clerks, Panel members, publishers, hearing clerk and all involved counsel. |
| 10/20/76 | | ORDER -- REASSIGNING LITIGATION TO JUDGE HUGH H. BOWNESS Sitting by Designation in the D. Mass. under 28 U.S.C. §292(b). |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. __2__

DOCKET NO. __122__ -- __IN RE EVERGREEN VALLEY PROJECT LITIGATION__

| Date | No. Code | |
|---|---|---|
| 12/9/76 | | APPEARANCES -- Paul A. Wescott for Bradofrd Trust Co. (successor trustee to Franklin National Bank) |
| | | Also letter from Mudge, Rose, Guthrie & Alexander objecti~~ng~~ to receipt of materials in litigation since representa~~tion~~ to Franklin Nat'l Bank eneded with Bradford Trust Co. ~~becomingx~~ acquiring trust operations of Franklin. |
| 1/13/77 | | A-1, Louis Lenzer, et al. v. Glore Forgan, Wm. R. Staats, Inc., et al. D. Massachusetts, C.A.No. 74-2641-M. CONDITIONAL REMAND ORDER filed today, notified involved judge, involved counsel. |
| 1/22/77 | | A-1 LENZER, ET AL. V. GLORE FORGAN, ET AL., D. MASS, 74-2641-M SUGGESTION OF REMAND -- Judge Bownes |
| ~~1/28/77~~ | | ~~A-1 LENZER, ET AL. V. GLORE FORGAN, Wm. R. Staats, Inc., et al. D. Mass., Civil Action No. 74-2641-M. CONDITIONAL REMAND ORDER FINAL TODAY, NOTIFIED INVOLVED CLERKS, AND JUDGES~~ (RECALLED) |
| 1/31/77 | | NOTICE OF OPPOSITION -- DEFENDANT CHARLES P. BARNES II, ESQ.-- A-1 Lenzer, et al. v. Glore Forgan, et al., D. Mass, 74-2641-M. conditional remand order -- filed today. |
| 2/15/77 | 15 | MOTION AND BRIEF IN SUPPORT -- Defendant Charles P. Barnes, II to vacate CRO w/cert. of service. |
| 3/4/77 | 16 | AFFIDAVIT IN OPPOSITION TO MOTION TO VACATE CRO -- pltfs, LENZER ~~Defendant Charles P. Barnes, II~~ w/cert. of service |
| 3/28/77 | | HEARING ORDER -- Setting A-1 Lenzer, et al. v. Glore Forgan, et al. D. Mass., C.A. No. 74-2641-M for hearing -- April 22, 1977 Los Angeles, Calif. |
| 4/19/77 | | WAIVER OF ORAL ARGUMENT -- Louis Lenzer, et al. for 4/22/77 Hearing in Los Angeles, California |
| 8/15/77 | | OPINION AND ORDER FILED -- REMANDING A-1 Louis Lenzer et al. v. Glore Forgan, et al, D. Mass. C.A. No. 74-2641-M to the S.D. N.Y. |

366 F Supp 510
435 F. Supp 923

DOCKET NO. JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

### IN RE EVERGREEN VALLEY PROJECT LITIGATION

**Summary of Panel Action**

Date(s) of Hearing(s): 2/23/23  4/22/77  (D. New Hampshire)

Date(s) of Opinion(s) or Order(s): 8/15/77   JUDGE HUGH H. BOWNES

Consolidation Ordered ___   Name of Transferee Judge: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Consolidation Denied ___   Transferee District ___ (101)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Louis Lenzer, et al. v. Glore Forgan, Wm. R. Staats, Inc., et al. (CRO-1/13/77) | S.D.N.Y. Metzner | 72 Civ 2911 | | 74-264 | 8/15/77 | |
| A-2 | Edward M. Sharzer, et al. v. The Development Corporation for Evergreen Valley, et al. | Mass. Murray | 72-752 | | | | |
| A-3 | Edward M. Block, et al. v. Glore Staats Corporation, et al. | Mass. Murray | 71-2930 | | | | |
| A-4 | Edward M. Block, et al. v. F. I. duPont, Glore Forgan & Co., et al. | Mass. Murray | 72-301 | | | | |
| A-5 | Franklin National Bank v. Norway National Bank | Maine | 13-84 | | | 1/8/23 | |
| A-6 | Franklin National Bank v. American-Evergreen Resorts, Inc. | Maine Gignoux | 13-46 | | | 1/8/23 | |
| A-7 | Franklin National Bank v. Maine Recreation Authority | Maine | 13-112 | | | 1/8/23 | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 122   --   IN RE EVERGREEN VALLEY PROJECT LITIGATION

---

H. PAUL BLOCK
EDWARD M. BLOCK
BERNICE BLOCK
H. Paul Block, Esquire
Block & Block
153 Milk Street
Boston, Massachusetts   02109

GLORE STAATS CORP.
Milford Fenster, Esquire
Hall, Dickler & Howley
460 Park Avenue
New York, New York

THE DEVELOPMENT CORP.
  FOR EVERGREEN VALLEY
Leon Birnbaum, Esquire
Fanger & Birnbaum
101 Tremont Street
Boston, Massachusetts   02108

DGFM INC.
John P. Sullivan, Esquire
Foley, Hoag & Eliot
10 Post Office Square
Boston, Massachusett 02109

JAMES P. JAMIESON
Harry Toltz, Esquire
Toltz & Nataupsky
18 Tremont St.
Boston, Massachusetts   02108

F. I. DuPONT, GLORE FORGAN
  & CO.
Charles Crocco, Esquire
Lunney, Downey & Crocco
20 Exchange Place
New York, New York   10005

STANDARD AND POOR's
  CORP.
Don M. Kennedy, Esquire
Goodwin, Proctor & Hoar
28 State Street
Boston, Massachusetts   02109

EDWARD M. SHARZER
MILDRED SHARZER
David R. Berley, Esquire
Berman, Lewenberg & Adams
2240 Prudential Tower
Boston, Massachusetts   02199

FLORIDA NATIONAL BANK
  OF JACKSONVILLE
J. W. Harrell, Esquire
Harrell & Perrine
529 Florida National Bank
  Building
Jacksonville, Florida   32202

CHARLES P. BARNES, II
David S. Mortensen, Esquire
Hale & Dorr
28 State Street
Boston, Massachusetts   02109

RUSSELL DUDLEY
CHARLES TRUMBULL
JAMES PHILLIPS
CHARLES BENNETT
KENNETH CHARLTON
G. FREEMAN HALL
FRAUNCES PENDEXTER
Development Corp. for
  Evergreen Valley
c/o Charles P. Barnes, II, Esq.
Perkins, THompson, Hinckley,
  Thaxter & Keddy
192 Middle Street
Portland, Maine   04112

WRIGHT AMERICAN, INC.
HOWARD S. WRIGHT
  CONSTRUCTION CO.
Stephen Moulton, Esquire
Moulton, Looney, Mazzone,
  Falk & Markham
15 Broad St.
Boston, Massachusetts   02109

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

| | |
|---|---|
| MITCHELL, PETTY & SHETTERLY<br>Lionel H. Perlo, Esquire<br>160 State St.<br>Boston, Massachusetts  02109<br><br>John R. Hally, Esq.<br>Daniel C. Sacco, Esq.<br>Nutter, McClennen & Fish<br>25 Federal Street<br>Boston, Massachusetts  02109<br><br>PERKINS, THOMPSON, HUNCKLEY,<br>  THAXTER & KEDDY<br>John M. Harrington, Jr., Esq.<br>William L. Patton, Esq.<br>Ropes & Gray<br>225 Franklin St.<br>Boston, Massachusetts  02110<br><br>WATHEN AND WATHEN<br>David W. Kelley, Esq.<br>Badger, Kelley, Sullivan<br>  & Cole<br>84 State Street<br>Boston, Massachusetts<br><br>AMERICAN-EVERGREEN RESORTS, INC.<br>AMERICAN RESORT CONSULTANTS, INC.<br>Martin R. Johnson, Esquire<br>Preti & Flaherty<br>443 Congress Street<br>Portland, Maine  04111<br><br>H. DEAN TIMM<br>WILLIAM H. BRUCE<br>FRANK L. SAMPLE<br>ROBERT J. DUNFEY<br>JOHN F. GRANT<br>CHARLES DILLIHUNT, JR.<br>PHILIP CHUTE<br>Herbert P. Wilkins, Esq.<br>Acheson H. Callaghan, Jr., Esq.<br>Palmer & Dodge<br>28 State St.<br>Boston, Mass.  02109 | FAY, SPOFFORD & THORNDIKE, INC.<br>John F. Groden, Esq.<br>Withington, Cross, Park &<br>  Groden<br>73 Tremont Street<br>Boston, Massachusetts  02108<br><br>FRANKLIN NATIONAL BANK<br>William P. Ford, Esquire<br>Mudge, Rose, Guthrie &<br>  Alexander<br>20 Broad Street<br>New York, New York  10005<br><br>Paul Wescott, Esquire<br>Drummond, Wescott & Woodsum<br>465 Congress Street<br>Portland, Maine  04111<br><br>NORWAY NATIONAL BANK<br>Thomas Monaghan, Esq.<br>Monaghan & Perkins<br>415 Congress St.<br>Portland, Maine  04111<br><br>DuPONT GLORE FORGAN, INC.<br>Peter Gruenberger, Esq.<br>Robert G. Sugarman, Esq.<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, New York  10022<br><br>MAINE RECREATION AUTHORITY<br>Daniel E. Wathen, Esquire<br>Wathen and Wathen<br>11 Parkwood Drive<br>Augusta, Maine  04330<br><br>LOUIS LENZER<br>Nathan M. Fuchs, Esquire<br>Underweiser & Fuchs<br>250 Park Avenue<br>New York, New York  10017 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 122 -- IN RE EVERGREEN VALLEY PROJECT LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| | Barry Goldman, Esquire<br>Exeter International Corp.<br>52 Church Street<br>Boston, Massachusetts 02116 | PERKINS, THOMPSON, HINCKLEY, THAXTER & KEDDY<br>John M. Harrington, Jr., Esquire<br>~~William L. Patton, Esquire~~<br>Ropes & Gray<br>225 Franklin Street<br>Boston, Massachusetts 02110<br><br>WATHEN & WATHEN<br>Peter D. Cole, Esquire<br>Badger, Sullivan, Kelley & Cole<br>~~8~~ State Street<br>Boston, Massachusetts 02109<br><br>AMERICAN-EVERGREEN RESORTS, INC.<br>AMERICAN RESORT CONSULTANTS, INC.<br>Martin R. Johnson, Esquire<br>Preti & Flaherty<br>443 Congress Street<br>Portland, Maine 04111<br><br>H. ~~DEAN~~ TIMM<br>WILLIAM H. BRUCE<br>FRANK L. SAMPLE<br>ROBERT J. DUNFEY<br>JOHN F. GRANT<br>CHARLES DILLIHUNT, JR.<br>PHILIP CHUTE<br>~~Herbert P. Wilkins, Esquire~~<br>Acheson H. Callaghan, Jr., Esquire<br>Palmer & ~~Dodge~~<br>28 State Street<br>Boston, Massachusetts 02109 |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | FAY, SPOFFORD & THORNDIKE, INC.<br>John F. Groden, Esquire<br>Withington, Cross, Park & Groden<br>73 Tremont Street<br>Boston, Massachusetts 02108<br><br>NORWAY NATIONAL BANK<br>Thomas Monaghan, Esquire<br>Monaghan & Perkins<br>415 Congress Street<br>Portland, Maine  04111<br><br>MAINE RECREATION AUTHORITY<br>Daniel Wathen, Esquire<br>Wathen & Wathen<br>11 Parkwood Drive<br>Augusta, Maine  04330 |
| No. | Plaintiff | Defendant |

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 122 -- Evergreeb Valley Project Litigation

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Glore Forgan, Wm. R. Staats, Inc. | A-1; A-2; A-3 |
| Glore Staats Corp. | A-1; A-2; A-3 |
| F. I. duPont, Glore Forgan & Co. | A-1; A-4; A- |
| duPont Glore Forgan Inc. | A-1; A-2; A-3 |
| The Development Corp. for Evergreen Valley | A-1; A-2; A-3 |
| Russell L. Dudley | A-1; A-2 |
| Charles P. Barnes II | A-1; A-2; A-3 |
| duPont, Glore Forgan Municipals, Inc. | A-2; A-3 |
| Franklin National Bank | A-2; A-4 |
| Florida National Bank of Jacksonville | A-2 |

| | |
|---|---|
| Charles F. Trumbull | A-2 |
| James A. Phillips | A-2 |
| Charles E. Bennett | A-2 |
| Kenneth Charlton | A-2 |
| G. Freeman Hall | A-2 |
| Faunce Pendexter | A-2 |
| Wright America, Inc. | A-2 |
| Howard S. Wright Construction Co. | A-2 |
| Mitchell, Petty & Shetterly | A-2, A-3 |
| Linnell, Perkins, Thompson, Hickley & Thaxter | A-2 |
| Wathen & Wathen | A-2 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 122 -- Evergreen Valley Project Litigation

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| James P. Jamisson | A-2; A-3 |
| Standard & Poors Corp. | A-2; A-4 |
| American Resort Consultants, Inc. | A-2 |
| American-Evergreen Resorts, Inc. | A-2; A-6 |
| H. Alan Timm | A-2 |
| William H. Bruce | A-2 |
| Frank L. Sample | A-2 |
| Robert J. Dunfey | A-2 |
| John F. Grant | A-2 |
| Charles Dillihunt, Jr. | A-2 |

p. _____

| | |
|---|---|
| Philip Chute | A-2 |
| Fay, Spofford & Thorndike, Inc. | A-2 |
| ~~Andall Hetterly~~ Joseph Guardobott | A-3 *[signature]* |
| ~~Robert L Mitchell~~ George D. Boyle | A-3 *[signature]* |
| Howard W. Whitaker Jr | A-3 *[signature]* |
| Philip W. Clark | A-3 *[signature]* |
| Norway Nat'l Bank | A-4; A-5 |
| Maine Recreation Authority | A-7 |
| | |
| | |
| | |